■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROGER RUSSIN, Appellant. (Appeal No. 2.) [715 NYS2d 674] —Judgment unanimously modified on the law and as modified affirmed and matter remitted to Niagara County Court for resentencing in accordance with the same Memorandum as in *People v Russin* (277 AD2d 880 [decided herewith]). (Appeal from Judgment of Niagara County Court, Hannigan, J.—Grand Larceny, 3rd Degree.) Present—Pigott, Jr., P. J., Green, Hayes, Kehoe and Lawton, JJ.